## ACHKAR v. WALMART, et al.

### EXHIBIT INDEX

| Exhibit | Description | ID | Obj | Adm |
|---|---|---|---|---|
| D001 | Report of Arthur Miller, PhD dated Feb 21, 2019 | | | |
| D002 | Photos of La Morenita Queso Fresco Packaging | | | |
| D003 | Report of Chester Clarke, MD | | | |
| D004 | Lehigh Valley Hospital Records | | | |
| D005 | US FDA EIR records and summary w/attachments | | | |
| D006 | WCG Invoice 119888 | | | |
| D007 | WCG Picking Ticket | | | |
| D008 | WCG Pallet list #880 and #2535 | | | |
| D009 | LM 24 oz Fresco POS - Whitehall, PA | | | |
| D010 | WCG 2.6.3.06 Product Withdrawal & Recall Program | | | |
| D011 | WCG Product Usage Report | | | |
| D012 | WCG 2.5.4.07 QA Sampling Inspection & Analysis Summary | | | |
| D013 | WCG 11.2.13.05 Cleaning and Sanitation | | | |
| D014 | WCG 11.3.1.08 Good Manufacturing Practices | | | |
| D015 | Make Sheet dated 1.18.2017 | | | |
| D016 | Covance Certificate of Analysis dated 1.21.2017 | | | |
| D017 | WCG Analytical Form dated 1.18.2017 | | | |
| D018 | 3rd Street Environmental Pathogen Testing / Covance Certificate of Analysis Reports Dated 1/7/2017 and 1/12/2017 | | | |
| D019 | 12th Street Environmental Pathogen Testing / Covance Certificate of Analysis Reports Dated 1/8/2017, 1/12/2017, 1/15/2017, 1/20/2017 and 2/8/2017 | | | |
| D020 | FDA Overview of Corrective Actions | | | |
| D021 | WCG's Answers to Plaintiffs' discovery | | | |
| D021A | WCG's responses to Plaintiffs' Supplemental RPDs | | | |
| D022 | WCG's responses to Walmart's discovery | | | |
| D023 | Plaintiffs' responses to WCG's discovery | | | |
| D024 | Plaintiff's responses to Walmart's discovery | | | |
| D025 | Walmart's responses to WCG's discovery | | | |
| D026 | Walmart's answers to Plaintiffs' Rogs and RPDs | | | |
| D027 | Complaint | | | |
| D028A | WCG Answer to Complaint | | | |
| D028B | Walmart Answer to Complaint | | | |
| D029 | Deposition of Noujoud Achkar dated December 17, 2018 | | | |
| D030 | Deposition of Joseph Achkar dated December 17, 2018 | | | |
| D031 | Deposition of Fadi Achkar dated December 17, 2018 | | | |
| D032 | Deposition of Dale Losenegger dated Jan 21, 2019 | | | |
| D033 | Deposition of Michelle Riese dated Jan 21, 2019 | | | |

| | | | | |
|---|---|---|---|---|
| D034 | Deposition Transcript of Arthur J. Miller, Ph.D. | | | |
| D035 | Videotaped Deposition of Arthur J. Miller, Ph.D. | | | |
| D036 | Expert report of Donald Zink, PhD dated Feb 20, 2019 | | | |
| D037 | Walmart receipt dated May 1, 2017 | | | |
| D038 | Dr. James Ross Records | | | |
| D039 | Dr. Yehia Mishriki Records | | | |
| | | | | |
| | | | | |
| P001 | Affidavit of Michael Sulzinski, PhD | | | |
| P002 | Color photos of cheese packaging (also D2) | | | |
| P003 | PA Dept of Health Bureau of Labs report dated 5.19.2017 | | | |
| P004 | PA Dept of Health Bureau of Labs report dated 5.11.2017 | | | |
| P005 | PA Dept of Health Bureau of Labs report dated 5.10.2017 | | | |
| P006 | PA Dept of Health General Continuation Sheet | | | |
| P007 | PA Dept of Health Bureau of Labs report dated 5.12.2017 | | | |
| P008 | API Listeria/Biomerieux test reults dated 5.18.2017 | | | |
| P009 | WCG Product Usage Report dated Jan 18, 2017 | | | |
| P010 | WCG Invoice #119888 dated Feb 2, 2017 | | | |
| P011 | WCG Picking Ticket dated 1.27.2017 | | | |
| P012 | WCG Pallet 880 report dated 1.19.2017 | | | |
| P013 | WCG Pallet 2535 report dated 1.19.2017 | | | |
| P014 | WCG pallet 879 report dated 1.19.2017 | | | |
| P015 | LM 24oz Fresco POS Qty - Whitehall, PA | | | |
| P016 | USDA Establishment Inspection report dated 8.16.2017 | | | |
| P017 | WCG 2.6.3.06 Product Withdrawl & Recall Program (also D10) | | | |
| P018 | Deposition of Dale Losenegger dated Jan 21, 2019 (also D32) | | | |
| P019 | Deposition of Michelle Riese (also D33) | | | |
| P020 | Deposition of Fadi Achkar (also D31) | | | |
| P021 | Deposition of Joseph Achkar (also D30) | | | |
| P022 | Deposition of Noujoud Achkar (also 29) | | | |
| P024 | PA Dept of Health email dated 7.18.2017 re test on string cheese on 7.10-12.2017 | | | |
| P025 | PA Dept of Health email dated 7.12.2017 re retest of string cheese on 7.10-12.2017 | | | |
| P026 | Taber's 2005 Medical Dictionary entries | | | |
| P027 | PA Dept of Health email dated 5.23.2017 | | | |
| P028 | PA Dept of Health email dated 8.3.2017 | | | |
| P029 | WCG's answers to Plaintiffs' RFAs | | | |
| P030 | Walmart's answers to plaintiffs' RFAs | | | |
| P031 | WCG's Answers to Plaintiff's Interrogatories | | | |
| P032 | WCG's Answers to Plaintiff's Interrogatories | | | |
| P033 | Walmart's Answers to Plaintiff's Request for Production of Documents | | | |

| | | | | |
|---|---|---|---|---|
| P034 | Walmart's Answers to Plaintiff's Interrogatories | | | |
| P035 | Walmart's Answers to Plaintiff's Request for Production | | | |
| P036 | Plaintiff's Medical Bills | | | |
| P037 | CMS lien information | | | |
| P-38 | Lehigh Valley Hospital Records | | | |
| P-39 | Deposition Transcript of Walmart Corporate Designee | | | |
| P-40 | All Walmart receipts to be produced | | | |
| P041 | PA Department of Health records | | | |
| P042 | PA Department of Health & Human Services records | | | |
| P043 | Records from US Food & Drug Administration | | | |
| P044 | Yehia Y. Mishriki, M.D. Records | | | |
| P045 | Kristin Baracalli, D.O. Records | | | |
| | | | | |
| | | | | |