UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOUJOUD ACHKAR : NO: 18-2860 |
| JOSEPH ACHKAR : |
| : |
|    W/H : |
| : |
|      (Plaintiffs) : |
| : |
|    v. : |
| : |
| WISCONSIN CHEESE GROUP, LLC : |
| D/B/A LA MORENITA BRAND : |
| WALMART, INC. : |
| : |
|      (Defendants) : |

**DEFENDANT, WISCONSIN CHEESE GROUP, LLC d/b/a LA MORENITA BRAND'S PRETRIAL MEMORANDUM**

Defendant, Wisconsin Cheese Group, LLC d/b/a La Morenita Brand, by and through its attorneys, William J. Ferren & Associates, hereby submits the following Pretrial Memorandum as follows:

**I.   STATEMENT OF THE NATURE OF THE ACTION**

This matter is a strict liability action with companion loss of consortium claim stemming from illness suffered by Plaintiff, Noujoud Achkar on May 1, 2017 after allegedly eating La Morenita Brand queso fresco cheese. Jurisdiction in this matter is based on diversity between the parties.

**II.   DEFENDANT'S STATEMENT OF FACTS**

Wisconsin Cheese Group, LLC (hereinafter "WCG") manufactures / distributes La Morenita Brand queso fresco to Walmart, Inc. WCG manufactured and packaged the queso fresco at issue on January 18, 2017. It had a shelf life / expiration date of 90 days from manufacture (April 18, 2017). Once the product is shipped by WCG, it has no control over its

storage.  Walmart, Inc. sells La Morenita Brand queso fresco manufactured and distributed by WCG.

Per the Complaint and her deposition testimony, Plaintiff, Noujoud Achkar purchased La Morenita Brand queso fresco on May 1, 2017 from a Walmart store in Whitehall, PA.  She paid for the queso fresco with cash and did not purchase any other items.  She returned home, opened the queso fresco package with a knife, sliced the queso fresco with a knife while it was in the package and ate one slice of queso fresco with pita bread.  Mrs. Achkar became sick less than an hour after eating the queso fresco while going to her bedroom to sleep.  Mrs. Achkar was taken to Lehigh Valley Hospital during the morning of May 2, 2017.  She cannot recall events that took place between when she fell ill at home and woke later at the hospital (listeriosis).  She recalled usually having cereal and milk or bread with apricot jam for breakfast.  Mrs. Achkar could not specifically recall what she ate before May 1, 2017 but said she would eat beans and rice, pasta and rice with chicken.

The Pennsylvania Department of Health removed items from Plaintiffs' refrigerator and tested four items (two cheeses, ham and ground meat).  The WCG queso fresco package was found open in the refrigerator and tested positive for Listeria monocytogenes.  At the hospital, a test of Mrs. Achkar's blood also tested positive for Listeria monocytogenes.

WCG is only aware of Plaintiffs' claim with regard to the queso fresco at issue. The FDA visited WCG's facilities but there was no recall of the queso fresco.  Since this incident, Mrs. Achkar claims that she has trouble gripping things, shaking hands and episodes of dizziness.  She is not currently treating after acute care (approx. 13 days) and inpatient rehabilitation (approx. 22 days) at Lehigh Valley Hospital.  Mrs. Achkar also had in-home care after discharge from the hospital.

### III.  DEFENDANT'S STATEMENT REGARDING MONETARY DAMAGES

Upon information and belief, there is a Medicare lien related to Mrs. Achkar's treatment totaling $59,701.51.  Mrs. Achkar was not working at the time of the incident at issue and there is no claim for lost earnings or loss of future earning capacity.

### IV.  LIST OF POTENTIAL WITNESSES

Defendant, Wisconsin Cheese Group LLC lists the following potential witnesses:

1. Noujod Achkar and Joseph Achkar – **Liability and Damages**
   1520 N. 27th Street
   Allentown, PA 18104

It is anticipated that Mrs. Achkar will testify regarding the circumstances of the purchase and consumption of the queso fresco cheese product at issue and how and when she became ill afterward.  It is also anticipated that Mrs. Achkar will testify about the scope and extent of her treatment after the incident.  Mr. Achkar will testify about the circumstances of the incident at issue including Mrs. Achkar's purchase and consumption of the cheese and her treatment at Lehigh Valley Hospital.  It is anticipated that Mr. Achkar will provide testimony regarding his loss of consortium claim.

2. Fadi Achkar – **Liability and Damages**
   733 7th Street
   Whitehall, PA 18052

It is anticipated that Fadi Achkar will testify about interactions with medical professional and representatives from the Pennsylvania Department of Health after the incident.

3. Dale Losenegger - **Liability**
   Wisconsin Cheese Group, LLC
   105 3rd Street
   Monroe, WI 53566

Dale Losenegger is VP of Operations for Wisconsin Cheese Group, LLC and has knowledge of Wisconsin Cheese Group, LLC's company operations, production and packaging and will testify regarding same.

    4.      Michelle Riese - **Liability**
            Wisconsin Cheese Group, LLC
            105 3rd Street
            Monroe, WI 53566

Michelle Riese is the QA Director for Wisconsin Cheese Group, LLC and is involved in all product testing and policies and procedures taken to ensure safety of Defendant's products like the cheese product at issue.

    5.      Chad Endy - **Liability**
            Corporate Designee of Co-Defendant, Walmart, Inc.
            c/o John J. Delany, III, Esquire / Robert A. DiSandro, Esquire
            Delany McBride
            1500 JFK Blvd., Ste. 415
            Philadelphia, PA 19102

Mr. Endy's deposition is currently scheduled on April 15, 2019 so the full extent of his testimony is not yet known. It is anticipated that Mr. Endy will testify with regard to the Whitehall, PA Walmart at issue where the Plaintiffs claim the queso fresco was purchased.

    6.      Arthur J. Miller, Ph.D., CFS - **Liability**
            17000 Science Drive, Suite 200
            Bowie, Maryland 20715

Dr. Miller will testify as an expert in support of Defendant's defense to the claims set forth against it by the Plaintiffs. A copy of Dr. Miller's report and curriculum vitae is attached to Defendant's Pretrial Memorandum as Exhibit "A."

    7.      Chester C. Clarke, M.D., M.P.H. – **Liability and Damages**
            17000 Science Drive, Suite 200
            Bowie, Maryland 20715

Dr. Clarke will testify as an expert in support of Defendant's defense to the claims set forth against it by the Plaintiffs. A copy of Dr. Clarke's report and curriculum vitae is attached to Defendant's Pretrial Memorandum as Exhibit "B."

8. Defendant, Wisconsin Cheese Group, LLC reserves the right to call any and all of Plaintiff's treating physicians and custodians of records of facilities where Plaintiff received treatment.

9. Defendant, Wisconsin Cheese Group, LLC reserves the right to call any and all liability and/or damages witnesses identified by Plaintiffs and Co-Defendant, Walmart, Inc.

V. **SCHEDULE OF POTENTIAL EXHIBITS**

Defendant, Wisconsin Cheese Group LLC lists the following joint schedule of potential exhibits:

| **Exhibit** | **Description** | Identified | Objection | Admitted/Not Admitted |
|---|---|---|---|---|
| D001 | Report of Arthur Miller, PhD dated Feb 21, 2019 | | | |
| D002 | Photos of La Morenita Queso Fresco Packaging | | | |
| D003 | Report of Chester Clarke, MD | | | |
| D004 | Lehigh Valley Hospital Records | | | |
| D005 | US FDA EIR records and summary w/attachments | | | |
| D006 | WCG Invoice 119888 | | | |
| D007 | WCG Picking Ticket | | | |
| D008 | WCG Pallet list #880 and #2535 | | | |
| D009 | LM 24 oz Fresco POS - Whitehall, PA | | | |
| D010 | WCG 2.6.3.06 Product Withdrawal & Recall Program | | | |
| D011 | WCG Product Usage Report | | | |
| D012 | WCG 2.5.4.07 QA Sampling Inspection & Analysis Summary | | | |
| D013 | WCG 11.2.13.05 Cleaning and Sanitation | | | |
| D014 | WCG 11.3.1.08 Good Manufacturing Practices | | | |
| D015 | Make Sheet dated 1.18.2017 | | | |
| D016 | Covance Certificate of Analysis dated | | | |

| | | | | |
|---|---|---|---|---|
| | 1.21.2017 | | | |
| D017 | WCG Analytical Form dated 1.18.2017 | | | |
| D018 | 3rd Street Environmental Pathogen Testing / Covance Certificate of Analysis Reports Dated 1/7/2017 and 1/12/2017 | | | |
| D019 | 12th Street Environmental Pathogen Testing / Covance Certificate of Analysis Reports Dated 1/8/2017, 1/12/2017, 1/15/2017, 1/20/2017 and 2/8/2017 | | | |
| D020 | FDA Overview of Corrective Actions | | | |
| D021 | WCG's Answers to Plaintiffs' discovery | | | |
| D021A | WCG's responses to Plaintiffs' Supplemental RPDs | | | |
| D022 | WCG's responses to Walmart's discovery | | | |
| D023 | Plaintiffs' responses to WCG's discovery | | | |
| D024 | Plaintiff's responses to Walmart's discovery | | | |
| D025 | Walmart's responses to WCG's discovery | | | |
| D026 | Walmart's answers to Plaintiffs' Rogs and RPDs | | | |
| D027 | Complaint | | | |
| D028A | WCG Answer to Complaint | | | |
| D028B | Walmart Answer to Complaint | | | |
| D029 | Deposition of Noujoud Achkar dated December 17, 2018 | | | |
| D030 | Deposition of Joseph Achkar dated December 17, 2018 | | | |
| D031 | Deposition of Fadi Achkar dated December 17, 2018 | | | |
| D032 | Deposition of Dale Losenegger dated Jan 21, 2019 | | | |
| D033 | Deposition of Michelle Riese dated Jan 21, 2019 | | | |
| D034 | Deposition Transcript of Arthur J. Miller, Ph.D. | | | |
| D035 | Videotaped Deposition of Arthur J. Miller, Ph.D. | | | |
| D036 | Expert report of Donald Zink, PhD dated Feb 20, 2019 | | | |
| D037 | Walmart receipt dated May 1, 2017 | | | |
| D038 | Dr. James Ross Records | | | |
| D039 | Dr. Yehia Mishriki Records | | | |
| | | | | |
| P001 | Affidavit of Michael Sulzinski, PhD | | | |
| P002 | Color photos of cheese packaging (also D2) | | | |
| P003 | PA Dept of Health Bureau of Labs report | | | |

| | | | | |
|---|---|---|---|---|
| | dated 5.19.2017 | | | |
| P004 | PA Dept of Health Bureau of Labs report dated 5.11.2017 | | | |
| P005 | PA Dept of Health Bureau of Labs report dated 5.10.2017 | | | |
| P006 | PA Dept of Health General Continuation Sheet | | | |
| P007 | PA Dept of Health Bureau of Labs report dated 5.12.2017 | | | |
| P008 | API Listeria/Biomerieux test reults dated 5.18.2017 | | | |
| P009 | WCG Product Usage Report dated Jan 18, 2017 | | | |
| P010 | WCG Invoice #119888 dated Feb 2, 2017 | | | |
| P011 | WCG Picking Ticket dated 1.27.2017 | | | |
| P012 | WCG Pallet 880 report dated 1.19.2017 | | | |
| P013 | WCG Pallet 2535 report dated 1.19.2017 | | | |
| P014 | WCG pallet 879 report dated 1.19.2017 | | | |
| P015 | LM 24oz Fresco POS Qty - Whitehall, PA | | | |
| P016 | USDA Establishment Inspection report dated 8.16.2017 | | | |
| P024 | PA Dept of Health email dated 7.18.2017 re test on string cheese on 7.10-12.2017 | | | |
| P025 | PA Dept of Health email dated 7.12.2017 re retest of string cheese on 7.10-12.2017 | | | |
| P026 | Taber's 2005 Medical Dictionary entries | | | |
| P027 | PA Dept of Health email dated 5.23.2017 | | | |
| P028 | PA Dept of Health email dated 8.3.2017 | | | |
| P029 | WCG's answers to Plaintiffs' RFAs | | | |
| P030 | Walmart's answers to plaintiffs' RFAs | | | |
| P031 | WCG's Answers to Plaintiff's Interrogatories | | | |
| P032 | WCG's Answers to Plaintiff's Interrogatories | | | |
| P033 | Walmart's Answers to Plaintiff's Request for Production of Documents | | | |
| P034 | Walmart's Answers to Plaintiff's Interrogatories | | | |
| P035 | Walmart's Answers to Plaintiff's Request for Production | | | |
| P036 | Plaintiff's Medical Bills | | | |
| P037 | CMS lien information | | | |
| P038 | Lehigh Valley Hospital Records | | | |
| P039 | Deposition Transcript of Walmart Corporate Designee | | | |
| P040 | All Walmart receipts to be produced | | | |

| | | | | |
|---|---|---|---|---|
| P041 | PA Department of Health records | | | |
| P042 | PA Department of Health & Human Services records | | | |
| P043 | Records from US Food & Drug Administration | | | |
| P044 | Yehia Y. Mishriki, M.D. Records | | | |
| P045 | Kristin Baracalli, D.O. Records | | | |

## V.   ESTIMATED LENGTH OF TRIAL

Four to five days including jury selection.

## VI.   STATEMENT OF LEGAL ISSUES

None at this time other than raised through Motion in Limine and associated Responses filed with the Court.

                Respectfully submitted,

                WILLIAM J. FERREN & ASSOCIATES

BY:   */s/ Brendan M. Howton*
          Brendan M. Howton
          Attorney for Defendant,
          Wisconsin Cheese Group, LLC
          1500 Market Street, Suite 2920
          Philadelphia, PA  19102
          Phone: 267-675-3028
          bhowton@travelers.com

**Date:  April 10, 2019**